UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| ASHLEY FERREIRAS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2: 24-074-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| CITY OF COVINGTON, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties have filed a second joint motion to extend certain deadlines set forth in the Scheduling Order. [Record No. 39] With this motion, the parties more adequately explain why an extension is appropriate, and they also propose more reasonable deadlines. Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The parties' joint motion [Record No. 39] is **GRANTED**.

2. No later than **June 30, 2025**, the plaintiff is directed to disclose the identity of expert witnesses who may be used at trial and written reports by the expert witnesses as required by Rule 26(a)(2).

3. No later than **July 15, 2025**, the defendants are directed to disclose the identity of expert witnesses who may be used at trial and written reports by the expert witnesses as required by Rule 26(a)(2).

4. No later than **July 30, 2025**, the parties must complete all discovery (with discovery requests served in a manner calculated for responses compliant with this deadline).

-1-

5. No later than **August 22, 2025**, the parties must file all dispositive motions and Daubert motions.

6. The trial of this matter, previously scheduled for October 20, 2025, is **CONTINUED** until **Tuesday, December 9, 2025**, beginning at **9:00 a.m.**, with counsel to be present at **8:30 a.m.** on that date.

7. All remaining provisions of the original Scheduling Order [Record No. 16] remain in effect.

Dated: May 19, 2025.

Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky