**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**
**CASE NO. 2:24-CV-00074-DCR**

**ASHLEY FERREIRAS**                                                                                              **PLAINTIFF**

**v.**

**CITY OF COVINGTON,** *et al.*                                                                             **DEFENDANTS**

### NOTICE OF CONVENTIONAL FILING

The Defendants, City of Covington, and Douglas Ullrich and Anthony Fritsch, individually and in their official capacities as Covington Police Officers, by and through counsel, hereby give notice of the conventional filing of a thumb drive containing Exhibits 2 and 3 (body worn camera videos) to their Motion for Summary Judgment.

Respectfully submitted,

**/s/ Olivia F. Amlung**
Jeffrey C. Mando, Esq. (#43548)
Olivia F. Amlung, Esq. (#97449)
Casmir M. Thornberry, Esq. (#100623)
ADAMS LAW, PLLC
40 West Pike Street
Covington, KY  41011
p: 859.394.6200 | f: 859.392.7200
jmando@adamsattorneys.com
oamlung@adamsattorneys.com
cthornberry@adamsattorneys.com

*Attorney for Defendants, City of Covington, Douglas Ullrich and Anthony Fritsch, in their individually and official capacities as Covington Police Officers*

**CERTIFICATE OF SERVICE**

    This is to certify that on the **2nd** day of September, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Justin Whittaker, Esq. and Erik Laursen, Esq.

                                      */s/ Olivia F. Amlung*
                                      Olivia F. Amlung, Esq.