# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| ASHLEY FERREIRAS, | ) Case No. 2:24-cv-0074 |
| Plaintiff, | ) HON. DANNY C. REEVES |
| v. | ) |
| CITY OF COVINGTON, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Plaintiff's leave to submit supplemental authority in support of her Motion to Exclude Expert Testimony [Doc.80] and Memorandum in Opposition to Summary Judgment [Doc.92], unavailable to Plaintiff before she filed either. Specifically, Plaintiff asks the Court to include two of its decisions in Case No. 2:24-cv-0095-DCR-CJS, [Doc.57] and [Doc.53], respectively because they involve similar facts and legal issues with respect to an expert witnesses' "color commentary" on BWC footage, and the legal standard on summary judgment when BWC footage is inconclusive. Having considered Plaintiff's Motion, the arguments of counsel, and being in all ways sufficiently advised, the Court finds that Plaintiffs' Motion is well taken and is **GRANTED**. The Court will consider the supplemental authority as having been argued in Plaintiff's filings and give it the appropriate legal weight.

**DATED:** _____

_____
**HON. DANNY C. REEVES,**
**United States District Court Judge**