UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at Covington

| | | |
|---|---|---|
| ASHLEY FERREIRAS | ) | |
| | ) | Civil Action No. 2:24-cv-00074-SCM-CJS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CITY OF COVINGTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on Defendants' Motion for Summary Judgment. [Dkt. 76]. Plaintiff Ferreiras having responded, [Dkt. 90, 92], and Defendants having filed their reply, [Dkt. 97], the motion is now ripe. Also pending is Plaintiff's Motion for Leave to Submit Supplemental Authority, [Dkt. 102, 115, 117], which briefs the Court on the applicability of two subsequent orders it gave in *Steger v. Willis*, No. 2:24-cv-095-DCR-CJS, and *Mata v. City of Grayson*, No. 23-122-DLB-EBA. Having reviewed the parties' written submissions, and the Court being otherwise sufficiently advised, **IT IS ORDERED** as follows:

1) The Court will hold an in-person oral argument on the Defendants' Motion for Summary Judgment on **Thursday, January 8, 2026, at 1:30 p.m. EST**, in **Courtroom B** of the United States Courthouse in Covington, Kentucky.

2) Counsel participating in the hearing should be present at the Courthouse **at least ten minutes before the oral argument is scheduled to begin**.

3) Plaintiff's Motion for Leave to Submit Supplemental Authority, [Dkt. 102], is **GRANTED** insofar as the Court takes notice of the decisions in *Steger v. Willis* and *Mata v. City of Covington*.

Signed this 10th day of December, 2025.

S. Chad Meredith, District Judge
United States District Court
Eastern District of Kentucky